1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-187-TSZ |
| Plaintiff, | |
| v. | DETENTION ORDER |
| FREDRICK BOMBER, | |
| Defendant. | |

Offenses charged:

      Unlawful Possession of Firearms

Date of Detention Hearing: June 20, 2013.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.     Defendant has a lengthy criminal history.

      2.     Defendant has a substantial history of failures to appear.

      3.     Defendant was convicted of the crime of bail jumping which resulted in a 60 month sentence.

      4.     Defendant has serious ongoing substance abuse problems.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

5. Defendant has pending domestic violence issues.

6. The indictment charges defendant with unlawful involvement with firearms.

7. The evidence against the defendant, although the least significant factor, is very strong.

8. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of June, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge